IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF VIRGINIA
Richmond Division

JANELL PYATTE,
*On Behalf of Herself and All Others Similarly Situated,*
Plaintiffs,

v. Civil Case No. 3:24cv655

RETAIL DATA, LLC,
Defendant.

**FINAL ORDER**

This matter comes before the Court on a joint stipulation of dismissal filed by the parties pursuant to Federal Rule of Civil Procedure 41(a)(1)(A)(ii). (ECF No. 24.) The parties stipulate to the dismissal of the plaintiff's claims with prejudice and the class claims without prejudice, with each party bearing its own costs and attorney's fees. The Court acknowledges this voluntary dismissal and DIRECTS the Clerk to close this case.

It is so ORDERED.

Let the Clerk send a copy of this Order to all counsel of record.

Date: 5 May 2025
Richmond, VA

/s/
John A. Gibney, Jr.
Senior United States District Judge